Good morning, Your Honor. May it please the Court? I'm Philip Trevino on behalf of the defendant appellant J. Randall Ismay, and I thank the Court for having awarded us the opportunity for oral argument. The position, though, of the appellant is fully set forth in our opening brief, so I submit I have nothing new to offer, but I'd be very happy to answer any questions the Court may have. Thank you, Mr. Trevino. Judge Wardlaw, Judge Fletcher, any questions? Why don't we hear from the government? Judge Wardlaw, could you speak a little louder? Maybe get the mic closer? Okay. I was just suggesting that we hear from the government, and then he can use his time for rebuttal if he has nothing affirmative, and we don't have questions. I guess there are no questions. Thank you, Mr. Trevino. So we'll hear from you in rebuttal, Judge Wardlaw. Thank you. Good morning. Good morning. May it please the Court? Anne Gannon on behalf of the United States. Similarly, I'm prepared to submit on the briefs unless the Court has any questions regarding this case. The government feels that the district court did not abuse its discretion in finding that the non-hearsay admissions of a party opponent were found by a preponderance of the evidence. Any questions from Judge Fletcher or Judge Wardlaw? No. I guess not. Thank you. Thank you, Mr. Trevino. Ms. Gannon, thank you. The case has been submitted. Good morning. Okay. We're ready to go to the Alfaro Morales cases. I hope our courtroom deputy, Mr. Brown, is the vice counsel. We're going to start with Alfaro. Each side will have 10 minutes, and then we will move on to the other case. So 10-50276, United States v. Alfaro. As I say, each side will have 10 minutes. This is the government's appeal, so we'll hear from the government first.
judges: Fletcher, Silverman, Wardlaw